**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DAVID V. JORDAN, | : | No. 442 WAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| MICHAEL D. OVERMYER, THOMAS | : | |
| MURIN, LIEUTENANT DIETRICK, | : | |
| STEPHEN D. HAGGERTY, RAYMOND G. | : | |
| BURKHART, AND SERGEANT BARTOW, | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.